# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1670
_____

Guillermo Quinones

*Plaintiff - Appellant*

v.

United States of America

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena
_____

Submitted: September 17, 2014
Filed: September 23, 2014
[Unpublished]
_____

Before WOLLMAN, BYE, and SMITH, Circuit Judges.
_____

PER CURIAM.

Guillermo Quinones appeals the district court's[1] order dismissing his action under the Federal Tort Claims Act for lack of jurisdiction. After careful review, see

[1]The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.

<u>Appley Bros. v. United States</u>, 164 F.3d 1164, 1169-70 (8th Cir. 1999) (findings of fact are reviewed for clear error and application of law is reviewed de novo), we agree with the district court that Quinones failed to timely present his claim to the Bureau of Prisons, and thus dismissal was proper. <u>See</u> 28 U.S.C. § 2401(b); <u>Motley v. United States</u>, 295 F.3d 820, 822 (8th Cir. 2002); <u>K.E.S. v. United States</u>, 38 F.3d 1027, 1030 (8th Cir. 1994). Accordingly, we affirm, <u>see</u> 8th Cir. R. 47B, and we deny Quinones's appellate motion.

_____